UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| MILLIE DOTSON LANGSTON,<br>EXECUTRIX OF THE ESTATE<br>OF VERNA BREWER<br><br>    PLAINTIFF<br><br>v.<br><br>AIR PRODUCTS AND CHEMICALS,<br>INC. AND MESSER LLC<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 5:23-CV-00123-BJB |

## AGREED ORDER OF DISMISSAL

Plaintiff Millie Dotson Langston, Executrix of the Estate of Verna Brewer, and Defendant Messer LLC, agreeing, and the Court being otherwise sufficiently advised, rules as follows:

**IT IS ORDERED** that all claims of Plaintiff Millie Dotson Langston, Executrix of the Estate of Verna Brewer, against Messer LLC are voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

This Order shall have no effect on Plaintiff's claims against the remaining Parties to this action.

There being no just cause for delay, this is a final and appealable Order.

This _____ day of _____ 2025.

                                                                                                          _____
                                                                                                          United States Magistrate Judge
                                                                                                          H. Brent Brennenstuhl

HAVE SEEN AND AGREED TO:

*Paul Ivie (with permission)*
Joseph D. Satterley
Paul J. Kelley
Paul J. Ivie
SATTERLY & KELLEY
8700 Westport Road, Suite 202
Louisville, Kentucky 40242
jsatterley@satterleylaw.com
pkelley@satterleylaw.com
pivie@satterleylaw.com
*Counsel for Plaintiff*

and

*/s/ John A. Sheffer*
John A. Sheffer
PNC Tower
101 S. 5th St., Suite 1450
Louisville, Kentucky 40202
Telephone: (502) 582-1600
Direct: (502) 815-4096
Facsimile: (502) 582-1193
E-mail: jsheffer@kylaw.com
*Counsel for Messer LLC*